■ In the Matter of TOWN OF HARRISON, Petitioner, v STATE BOARD OF REAL PROPERTY SERVICES, Respondent. [714 NYS2d 219] —Proceeding pursuant to CPLR article 78 and RPTL 1218 to review a determination of the State Board of Real Property Services, dated March 24, 1998, which established a final State equalization rate of 3.86% for the 1997 assessment roll of the Town of Harrison.

Adjudged that the determination is confirmed and the proceeding is dismissed on the merits, with costs (*see, Matter of Town of Yorktown v State Bd. of Real Prop. Servs.,* 275 AD2d 789 [decided herewith]). Ritter, J. P., Sullivan, Krausman and Goldstein, JJ., concur.

■ In the Matter of TOWN OF HARRISON, Petitioner, v STATE BOARD OF REAL PROPERTY SERVICES, Respondent. [714 NYS2d 219] —Proceeding pursuant to CPLR article 78 and RPTL 1218 to review a determination of the State Board of Real Property Services, dated March 31, 1999, which established a final State equalization rate of 3.75% for the 1998 assessment roll of the Town of Harrison.

Adjudged that the determination is confirmed and the proceeding is dismissed on the merits, without costs or disbursements (*see, Matter of Town of Yorktown v State Bd. of Real Prop. Servs.,* 275 AD2d 789 [decided herewith]). Ritter, J. P., Sullivan, Krausman and Goldstein, JJ., concur.